# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2100
Lower Tribunal No. 21-9194 SP

_____

**Judy Herskowitz,**

Appellant,

vs.

**Lou Kallinosis, et al.,**

Appellees.

An Appeal from the County Court for Miami-Dade County, Stephanie Silver, Judge.

Judy Eva Herskowitz, in proper person.

Law Office of Peter B. Rowell, P.A., and Peter B. Rowell, for appellees.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.